THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALFRED HENRY VANDERBORG, Also Known as ALFRED VANDERBORG, Appellant.

Argued October 20, 1950; decided November 22, 1950.

*Charles Struckler* and *Kalman Kaplan* for appellant.

*Charles P. Sullivan, District Attorney (Howard R. Lonergan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.